UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

NOTICE TO COUNSEL

Multi-Tech Cases:

Civ. No. 00-295 (ADM/RLE)
Civ. No. 00-296 (ADM/RLE)
Civ. No. 00-297 (ADM/RLE)
Civ. No. 00-346 (ADM/RLE)
Civ. No. 00-1412 (ADM/RLE)
Civ. No. 00-1538 (ADM/RLE)
Civ. No. 00-1539 (ADM/RLE)
Civ. No. 00-1540 (ADM/RLE)
Civ. No. 00-1541 (ADM/RLE)
Civ. No. 00-1627 (ADM/RLE)
Civ. No. 00-1682 (ADM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of August, 2000.

* * *

The Pretrial Notice and Order dated August 8, 2000, had a typographical error. The Pretrial Conference will be held on **Tuesday, August 22, 2000, at 1:00 p.m., in Court Room No. 3, United States Courthouse, 316 N. Robert St., St. Paul, Minnesota.**

Victoria L. Miller
Victoria L. Miller
Judicial Assistant

FILED AUG 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______