UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

NET2PHONE, INC.,
a Delaware corporation;

Defendant.

Court File No. 00-CV-1627 ADM/RLE

**STIPULATION**
and
ORDER

**STIPULATION**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant Net2Phone, Inc. ("Net2Phone") by and through their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, defendant Net2Phone has served its Prior Art Statement within the time prescribed under the Court's Pretrial Order;

WHEREAS, Net2Phone's Prior Art Statement includes approximately 290 separate references;

WHEREAS, at the time Net2Phone served its Prior Art Statement, Multi-Tech had received few, if any, copies of the references included in the Prior Art Statement;

WHEREAS, Multi-Tech has previously requested that Net2Phone provide it with a copy of each item listed on its Prior Art Statement;

WHEREAS, Net2Phone has agreed only to provide to Multi-Tech a copy of each item listed on Net2Phone's Prior Art Statement with the exception of any item, which in total comprise less than approximately five percent (5%) of the items on the Prior Art Statement, that Net2Phone no longer has in its possession, or that contains markings by counsel for Net2Phone, where such

2278975.1

(32)

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

markings cannot be removed without disclosing the location of such markings, or cannot be copied because of its format; and

NOW, THEREFORE, the parties have stipulated and agreed that they will measure the 30-day period prescribed in the Pretrial Order for Multi-Tech to respond to the Prior Art Statement as commencing on March 27, 2001, and Multi-Tech will therefore serve on or before April 26, 2001 its response to defendant's Prior Art Statement.

IT IS SO STIPULATED:

DATED: April 17, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

DATED: April 17, 2001.

FREDRIKSON & BYRON, P.A.

By: [signature]
Lora Esch Mitchell (# 259615)
Dean R. Karau (#225186)

1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3397
(612) 347-7000

-and-

Steven C. Tabackman
Michael R. Casey
OBLON, SPIVAK, MCCLELLAND,
MAIER& NEUSTADT, P.C.
1755 Jefferson Davis Highway, Fourth Floor
Arlington, Virginia 22202
(703) 413-3000

ATTORNEYS FOR DEFENDANT
NET2PHONE, INC.

**APPROVED:**

BY THE COURT:

DATED: 4/24, 2001.

Raymond L. Erickson
Magistrate Judge of the U.S. District Court