# 240359

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 00-CV-346 DWF/AJB **Case Title:** Multi-Tech Systems, Inc. v. Net2Phone, Inc., et al.

**Affidavit of Movant**

I, Madge S. Thorsen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Derek Richmond, an attorney admitted to practice in the EASTERN District of Virginia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Net2Phone, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 109666 5/15/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Derek Richmond, am currently a member in good standing of the U.S. District court for the EASTERN District of Virginia, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Derek Richmond [signature] 5/9/01
Type/Print Name Signature Date

Attorney License Number: 45803
Law Firm: OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT
Suite/Bldg: Suite 400
Street Address: 1755 Jefferson Davis Highway
City State Zip: Arlington, Virginia 22202
Telephone: (703) 413-3000

Motion Granted: [signature] MAY 17 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.