421772

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 00-cv-1627 ADM/RLE **Case Title:** Multi-Tech Systems, Inc. v. Net2Phone, Inc., et al.

**Affidavit of Movant**

I, Madge S. Thorsen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Richard D. Kelly, an attorney admitted to practice in the Eastern District of Virginia, but not admitted to the bar of this court, who will be counsel for the ()plaintiff (X) defendant Net2Phone, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 109666 | February 13, 2002 |
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Richard D. Kelly, am currently a member in good standing of the U.S. District court for the Eastern District of Virginia, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| | | |
|---|---|---|
| Richard D. Kelly | [signature] | February 8, 2002 |
| Type/Print Name | Signature | Date |

Attorney License Number: 11881
Law Firm: OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT
Suite/Bldg: Suite 400
Street Address: 1755 Jefferson Davis Highway
City State Zip: Arlington, Virginia 22202
Telephone: (703) 413-3000

Motion Granted: [signature] FEB 14 2002
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED FEB 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK