**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ORIGINAL**

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff and
Counterclaim Defendant,

v

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Defendant and
Counterclaim Plaintiff.

Case No. 00-CV-1412 (ADM/RLE)

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

NET2PHONE, INC.,
a Delaware corporation,

Defendant.

Case No. 00-CV-1627 ADM/RLE

**STIPULATION AND PROPOSED ORDER TO MODIFY PRETRIAL ORDERS (EXPERT REPORTS)**

Subject to the Court's approval, Microsoft Corporation ("Microsoft"), Net2Phone, Inc. ("Net2Phone"), and Multi-Tech Systems, Inc. ("Multi-Tech") stipulate to the following amendments to the Pretrial Orders, dated October 17, 2000 (Case No. 00-CV-1627 (ADM/RLE)) and October 19, 2000 (Case No. 00-CV-1412 (ADM/RLE)).

2313274.3

APR 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MICROSOFT v. MULTI-TECH (CASE NO. 00-CV-1412 (ADM/RLE))**

| Description | Present Stipulated Date | Proposed Stipulated Date |
|---|---|---|
| Exchange of initial expert reports (covering issues on which the submitting party bears the burden of proof) | March 22, 2002 | 30 days after the Court rules on claim construction |
| Exchange of rebuttal expert reports | April 19, 2002 | 30 days after the parties exchange initial expert reports |
| Completion of expert depositions | N/A | 30 days after the parties exchange rebuttal expert reports |
| All dispositive motions shall be served prior to this date | May 1, 2002 (note hearing completed date) | 30 days after the deadline to complete expert depositions |
| Trial ready date | May 1, 2002 | 30 days after the deadline to complete expert depositions or 30 days after the Court renders its order on any dispositive motion, whichever is later |

**MULTI-TECH v. NET2PHONE (CASE NO. 00-CV-1627 (ADM/RLE))**

| Description | Present Stipulated Date | Proposed Stipulated Date |
|---|---|---|
| Exchange of initial expert reports (covering issues on which the submitting party bears the burden of proof) | March 22, 2002 | 30 days after the Court rules on claim construction |
| Exchange of rebuttal expert reports | April 19, 2002 | 30 days after the parties exchange initial expert reports |

| Description | Present Stipulated Date | Proposed Stipulated Date |
|---|---|---|
| Completion of expert depositions | N/A | 30 days after the parties exchange rebuttal expert reports |
| All nondispositive motions shall be filed and the hearing thereon completed by this date | April 20, 2002 | June 25, 2002 |
| All dispositive motions shall be served prior to this date | August 1, 2002 | 30 days after the deadline to complete expert depositions |
| Trial ready date | August 1, 2002 | 30 days after the deadline to complete expert depositions or 30 days after the Court renders its order on any dispositive motion, whichever is later |

All other aspects of the respective Pretrial Orders remain in effect.

Respectfully submitted:

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: 4/17, 2002

By: [signature]

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Misti Nelc (#296090)
Joseph A. Mandernach (#295681)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

SIDLEY, AUSTIN, BROWN & WOOD

Dated: April 9, 2002

BY: ______________________

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

**OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.**

Dated: ____________, 2002

By: ______________________

Steven C. Tabackman
Michael R. Casey
Kenneth T. Cuccinelli II
Derek Richmond

1755 Jefferson Davis Highway
Fourth Floor
Arlington, VA 22202
(703) 413-3000

**ATTORNEYS FOR DEFENDANT NET2PHONE, INC.**

Received at: 5:42PM, 4/2/2002

APR 02 '02 16:54 FR R C M C -MPLS TO 17034132220# P.07/08

**SIDLEY, AUSTIN, BROWN & WOOD**

Dated:____________, 2002

BY: ______________________________
David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

**OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.**

Dated: April 4, 2002

By: [signature]
Steven C. Tabackman
Michael R. Casey
Kenneth T. Cuccinelli II
Derek Richmond

1755 Jefferson Davis Highway
Fourth Floor
Arlington, VA 22202
(703) 413-3000

**ATTORNEYS FOR DEFENDANT NET2PHONE, INC.**

**IT IS SO ORDERED:**

Dated: April 18, 2002

Ann Montgomery

Judge Ann D. Montgomery
United States District Court
for the District of Minnesota

2313274.3