ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

NET2PHONE, INC.,
a Delaware corporation,

Defendant.

---

Case No. 00-CV-1627 ADM/RLE

**ORDER**
**REGARDING DOCKET**

IT IS HEREBY ORDERED that the Clerk of Court do the following:

1. make a copy of docket entry number 1 (Complaint dated February 15, 2000) and docket entry number 22 (Answer by Defendant Net2Phone, Inc. dated March 30, 2000) from Civil Docket for Case No. 00-CV-346 (entitled Multi-Tech Systems, Inc. v. PhoneFree.com, Inc., et al);
2. place these copies in the file for Case No. 00-CV-1627 (the above-captioned case); and
3. docket these copies on the Civil Docket for Case No. 00-CV-1627.

These documents shall become part of the record for Case No. 00-CV-1627.

Dated: December 17, 2002

The Honorable Ann D. Montgomery

FILED DEC 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

20026336.1