# UNITED STATES DISTRICT COURT
## District of Minnesota

Mutli-Tech Systems
Plaintiff,

v.

Netphone, Inc.

Defendant.

00cv1627 ADM/RLE

**NOTICE OF INTENT TO DESTROY MODELS, DIAGRAMS, EXHIBITS AND DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 79.1(d), any party who introduces any model, diagram, exhibit, or document subject to a protective or confidentiality order must remove the same "within four months after the case is finally decided," or if there is an appeal, "within 30 days after the filing and recording of the mandate of the Appellate Court finally disposing of the cause." According to our records, that deadline has now passed in the above-entitled action. Therefore, you are hereby notified, pursuant to Local Rule 79.1(e), that ANY MODEL, DIAGRAM, EXHIBIT, OR DOCUMENT SUBJECT TO PROTECTIVE OR CONFIDENTIALITY ORDER THAT HAS NOT BEEN RETRIEVED FROM THE CLERK OF COURT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE MAY, AT ANY TIME THEREAFTER AND WITHOUT FURTHER NOTICE, BE DESTROYED OR OTHERWISE DISPOSED OF BY THE CLERK. If you intend to retrieve any model, diagram, exhibit, or document subject to protective or confidentiality order that you previously submitted in this action, contact Deborah Bell in the office of the Clerk of U.S. District Court at 612-664-5041.

DATED: 8-18-04

RICHARD D. SLETTEN, CLERK

BY: [signature]
Calendar Clerk to
Hon. Judge Ann D. Montgomery

SCANNED
AUG 18 2004
U.S. DISTRICT COURT MPLS

Filed ____________
Richard D. Sletten
Judgment Ent'd. ____________
Deputy Clerk's Initials ________